No. 8331.

Mrs. M. Morris vs. Union Bank.

This case was decided upon the evidence.

No. 8066.

Fayssoux & Coleman vs. New Orleans.

An appeal should not be dismissed when the deficiencies in the transcript are not attributable to the appellant.

Nos. 8065–8066.

Bartley & Fayssoux vs. New Orleans.
Fayssoux & Coleman vs. New Orleans.

Future and entirely contingent or eventual profits cannot form the basis of a judgment for damages.

No. 8063.

T. Drouet vs. L. Leconte.

This case involves only questions of fact, upon which the court will not disturb the finding of the jury.

No. 8927.

Wm. Bogel vs. H. A. Peeler.

An appellant who has obtained the consent of the appellee to the dismissal of the appeal, has the right to discontinue the motion to dismiss, as long as it has not been acted upon by the court, where it does not appear that the dismissal is the result of a compromise or contract which has vested some right in the appellee.

No. 8660.

Ernst & Co. vs. Mrs. A. Kirsch et al.

This case involves only questions of fact.

No. 8976.

The State vs. W. H. Wallace.

Appeal dismissed for want of either a bill of exception, motion in arrest of judgment or an assignment of errors.

No. 8937.

New Orleans Water Works Co. vs. S. Hernsheim & Bro.

This case is identical with that of the City of New Orleans vs the Water Works Company, recently decided and reported.